IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JILL ELDREDGE<br>　　　　　Plaintiff,<br><br>v.<br><br>HARVEY M. LEDERMAN, M.D.,<br>NEIL BACH, M.D., AND,<br>HILLTOWN COMMUNITY HEALTH CENTERS, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.:<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL TO THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

The United States of America on behalf of Hilltown Community Health Centers, Inc., by and through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby files this Notice of Removal, and as grounds for such removal state as follows:

1.　　Hilltown Community Health Centers, Inc., is a named defendant in the action styled Jill Eldredge v. Hilltown Community Centers, Inc., et al., Case No. HSCV2006-00117, now pending in the Superior Court of Hampshire County, Massachusetts.

2.　　In that action, plaintiff seeks recovery in tort for the alleged medical malpractice by all defendants on or about 1999 through July 23, 2003. For the relevant time period Harvey M. Lederman, M.D. and Neil Bach, M.D. were employed by Hilltown Community Health Centers, Inc. ("HCHC"). HCHC is a federally supported Health Center facility under the Federally Supported health Centers Assistance Act. By operation of the Federally Supported Health Centers Assistance Act ("FSHCAA" or "the Act") (42 U.S.C. § 233(g)-(n)), FSHCAA facilities and their employees are covered under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-80.

Pursuant to 28 U.S.C. §2679, plaintiff's exclusive remedy for injury arising from the alleged tortious acts of an employee of the United States is a suit against the United States under the provisions of the FTCA.[1]  If filed in a state court, such actions are removable to United States District Court at any time before trial.  28 U.S.C. § 2679.

      3.      No previous application for removal of this action has been made.

      4.      A copy of the pleadings filed in the Suffolk Superior Court and available to the government at this time are attached hereto.

WHEREFORE defendant Hilltown Community Health Centers, Inc., prays that this action be entered upon the docket of this Court and, upon filing a copy of this Notice with the Clerk of the Hampshire County Superior Court, Civil Division, that the Hampshire County Superior Court, Civil Division shall proceed no further.

By its attorney,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Rachael Splaine Rollins
Rachael Splaine Rollins
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Dated: June 14, 2010       (617) 748-3100

---

[1] The two individual doctors in this matter have voluntarily opted to obtain private counsel and accordingly, the United States is only representing HCHC in this action.

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a copy of the foregoing document to be served on June 14, 2010, by first class mail, postage pre-paid to Plaintiff's counsel of record, Barry Bachrach, 62 Paxton Street, Leicester, Massachusetts 01524.

                  /s/ Rachael Splaine Rollins
                  Rachael Splaine Rollins
Dated: June 14, 2010        Assistant U.S. Attorney